Aracely ZAMORA–GARCIA, Petitioner,

v.

Alberto R. GONZALES, U.S. Attorney
General, Respondent.

No. 04–60255.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Jan. 5, 2006.

Lisa S. Brodyaga, Refugio De Rio
Grande, San Benito, TX, for Petitioner.

David V. Bernal, Thomas Ward Hussey,
Director, Jamie Marie Dowd, U.S. Depart-
ment of Justice, Office of Immigration Lit-
igation, Emily Anne Radford, Assistant Di-
rector, Papu Sandhu, U.S. Department of
Justice, Civil Division Immigration Litiga-
tion, Alberto R. Gonzales, U.S. Depart-
ment of Justice, Washington, DC, Kenneth
L. Pasquarell, Acting District Director,
U.S. Immigration & Naturalization Ser-
vice, District Directors Office, San Anto-
nio, TX, U.S. Immigration & Naturaliza-
tion Service, District Directors Office, New
Orleans, LA, for Respondent.

Before HIGGINBOTHAM,
BENAVIDES, and DENNIS, Circuit
Judges.

PER CURIAM: *

Aracely Zamora–Garcia, a citizen of
Mexico, has filed a petition seeking review
of the Board of Immigration Appeals
("BIA") decision dismissing her appeal of
the immigration judge's ("IJ") decision to
deny her application for cancellation of
removal as untimely. Because Zamora–
Garcia's petition for initial hearing en banc
does not meet the requirements set forth
in FED. R.APP. P. 35(b), that petition is
DENIED. Respondent's motion for sum-
mary disposition and Zamora–Garcia's mo-
tion to strike respondent's motion are DE-
NIED. Further briefing, however, is not
necessary.

Zamora–Garcia argues that the BIA and
IJ had a duty to protect her from the
alleged ineffectiveness of her accredited
representative ("AR"). We are unaware
of and Zamora–Garcia does not cite any
authority which supports or forms a basis
for her argument. Zamora–Garcia also
argues that the BIA erred by rejecting her
ineffective-assistance claim. Because Za-
mora–Garcia's claim did not implicate the
violation of a due process right, the BIA
did not err in denying her claim for lack of
prejudice. *See Mireles–Valdez v. Ash-
croft,* 349 F.3d 213, 214–15 (5th Cir.2003).
Accordingly, Zamora–Garcia's petition for
review is denied.

PETITION FOR REVIEW DENIED;
PETITION FOR INITIAL HEARING
EN BANC, MOTION FOR SUMMARY
DISPOSITION, AND MOTION TO
STRIKE MOTION FOR SUMMARY
DISPOSITION DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.